William Fred DRYDEN, Petitioner-Appellant,

v.

J. J. CLARK, Warden, Respondent-Appellee.

No. 71–1185

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

May 6, 1971.

Charles Ray OVERTON, Petitioner-Appellant,

v.

UNITED STATES of America,
Respondent-Appellee.

No. 71–1628

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Aug. 9, 1971.

William F. Dryden pro se.

John W. Stokes, Jr., U. S. Atty., Allen L. Chancey, Jr., Asst. U. S. Atty., Atlanta, Ga., for respondent-appellee.

Before THORNBERRY, CLARK and INGRAHAM, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

Charles Ray Overton, pro se.

Seagal V. Wheatley, U. S. Atty., Jeremiah Handy, Asst. U. S. Atty., San Antonio, Tex., for respondent-appellee.

Before COLEMAN, SIMPSON, and MORGAN, Circuit Judges.

PER CURIAM:

The District Court denied Charles Ray Overton relief under 28 U.S.C. § 2255.

This Court settled the issues raised in this appeal, when it decided an appeal from Overton's co-defendant, Erwin v. United States of America, 1971, 440 F.2d 1327.

The judgment of the District Court is Affirmed.

---

* Rule 18, 5th Cir.; *see* Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.

1. *See* NLRB v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966.

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.